UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re                                                    Case No. 13-41278 (NHL)

PROPERTY EQUITY HOLDING CORP.,

                    Debtor.                  Chapter 11

------------------------------------------------------ x

### ORDER DISMISSING CHAPTER 11 CASE

Upon the motion, filed July 19, 2013, (the "Motion") of the United States Trustee, seeking that the above-captioned case be dismissed pursuant to 11 U.S.C. § 1112(b); and a hearing on the Motion having been held on August 13, 2013, at which appeared Marylou Martin Esq. on behalf of the United States Trustee, Debtor's Counsel John Emelfieh, Esq., and Debtor's Principal Jean M. Millien; and the Court having entered a Conditional Order Dismissing this Chapter 11 Case on August 21, 2013; and upon the Affirmation of the Debtor's Non-Compliance with the terms of the Conditional Order, dated September 18, 2013, filed by Marylou Martin, Esq., Trial Attorney for the United States Trustee; it is hereby

Ordered, that this case be and is hereby dismissed for cause pursuant to 11 U.S.C. § 1112(b)(4); and it is further

Ordered, that within ten days after the entry of this Order, the Debtor shall pay to the United States Trustee the appropriate quarterly fees required pursuant to 28 U.S.C. § 1930(a)(6), plus accrued interest pursuant to 31 U.S.C. 3717 and serve upon the United States Trustee an appropriate affidavit indicating the cash disbursements for the period between the filing of this case and the date of entry of this Order.

**Dated: September 25, 2013**
      **Brooklyn, New York**

                                                  **Nancy Hershey Lord**
                                                 **United States Bankruptcy Judge**